229 P.3d 363

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Alvarez Family Trust v. Association of Apartment Owners of Kaana-pali Alii | 27695 | 02/12/2010 | Denied | 121 Hawai'i 474, 221 P.3d 452 |
| State v. Corder | 28877 | 12/23/2009 | Denied | |
| State v. Fitzwater | 28584 | 03/25/2010 | Denied | 122 Hawai'i 354, 227 P.3d 520 |